# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JULIO CORCINO,                           :  No. 41 EM 2016
                                         :
        Petitioner               :
                                         :
                                         :
                                         :
        v.                       :
                                         :
                                         :
                                         :
UNEMPLOYMENT COMPENSATION                :
BOARD OF REVIEW,                         :
                                         :
        Respondent               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.